UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WADIH EL-HAGE,

Movant,

-against-

22-cv-10321 (LAK)

UNITED STATES OF AMERICA,

Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/31/2026

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Clerk shall close this case.

SO ORDERED.

Dated: March 31, 2026

Lewis A. Kaplan
United States District Judge